RESOLUTION OF THE MEMBERS/MANAGERS
OF
JRT340ASSOCIATES, LLC

Whereas, it is in the best interest of JRT340ASSOCIATES, LLC (the "Limited Liability Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that MICHAEL TRENCHER, the Managing Member of the Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, MICHAEL TRENCHER, the Managing Member of the Limited Liability Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that MICHAEL TRENCHER, the Managing Member of the Limited Liability Company, is authorized and directed to employ the law firm of Platzer, Swergold, Goldberg, Katz & Jaslow, LLP to represent the Limited Liability Company as its general bankruptcy counsel in such bankruptcy case.

Date  February 20, 2023                              Signed _____
                                                              MICHAEL TRENCHER